No. 51805.—Acme Code Co. et al. v. United States, protests 95451–K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JUNE 25, 1947

No. 51806.—Herrin & Brown v. United States, protest 120542–K (El Paso).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 51807.—Julius Kayser & Co., Inc. v. United States, protests 25250–K, etc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C..C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.

No. 51808.—Merrill, Clark & Meinig, Inc. v. United States, protests 581623–G, etc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was therefore sustained.

No. 51809.—Geo. Borgfeldt & Co. v. United States, protest 657745–G (New York).

Opinion by Kincheloe, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was therefore sustained.

**No. 51810.**—Akawo & Co. *v.* United States, protests 829158–G, etc. (Los Angeles).

Opinion by Kincheloe, J. In accordance with stipulation of counsel that the merchandise is the same as that passed upon in *Nippon Import & Trading Co.* v. *United States* (14 Cust. Ct. 35, C. D. 908), the claim at 35 percent under paragraph 921 was sustained.

**No. 51811.**—Plant Products Corp. *v.* United States, protests 130210–K, etc. (New York).

Opinion by Kincheloe, J. At the hearing the claim of the plaintiff was conceded to be correct by the attorney for the Government. The protests were therefore sustained.

**No. 51812.**—Bacmo Postman Co., Inc., et al. *v.* United States, protests 874584–G, etc. (New York).

Opinion by Kincheloe, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51813.**—Julius Kayser Co. et al. *v.* United States, protests 891051–G, etc. (New York).

Opinion by Kincheloe, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51814.**—Merrill, Clark & Meinig et al. *v.* United States, protests 927806–G, etc. (New York).

Opinion by Kincheloe, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51815.**—American Import Co. et al. *v.* United States, protests 127911–K, etc. (El Paso, etc.).

Opinion by Kincheloe, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.